In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00055-CV
_____

## WAL-MART STORES TEXAS, LLC, ET AL, Appellants

## V.

## ERCELL BOWMAN, Appellee

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-204,735**

## MEMORANDUM OPINION

Appellants, Wal-Mart Stores Texas, LLC, et al, filed a motion to dismiss this accelerated appeal. The motion states that the parties settled the case at mediation. This motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Opinion Submitted August 20, 2020
Opinion Delivered September 17, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.